IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA T. LOLMAUGH,

    Plaintiff,

No. CIV S-10-3031 JAM DAD PS

v.

STATE OF CALIFORNIA, et al.,   ORDER

    Defendants.

_____/

    Plaintiff, proceeding pro se in this action, has filed a motion for a second extension of 60 days to file the amended complaint required by the court's order filed May 23, 2011.

    Upon consideration of plaintiff's motion, the court does not find good cause to grant plaintiff an additional 60 days to seek representation.  The court dismissed plaintiff's complaint because it vague and conclusory and failed to state a claim on which relief may be granted.  Plaintiff himself is the best source of information about his own medical needs and treatment received while in custody.  Plaintiff will be granted a final extension of 30 days to file an amended complaint in which he identifies specific institutions where the alleged deliberate indifference occurred, names specific defendants, and alleges specific facts, including dates, concerning his needs and the care he received or did not receive from the named defendants.

IT IS ORDERED that:

1. Plaintiff's motion for second extension of time (Doc. No. 6) is granted in part;

2. Plaintiff is granted 30 days from the date of this order to file an amended complaint that cures the defects noted in the court's order filed May 23, 2011; the amended complaint must comply with all requirements set forth in that order; <u>no further extension of time will be granted for the filing of an amended complaint</u>;

3. Plaintiff is cautioned that his amended complaint must be received by the Clerk of the Court for filing within the 30-day period; there is no mailbox rule for non-prisoners; and

4. Failure to respond to this order in a timely manner will result in a recommendation that this action be dismissed.

DATED: September 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\lolmaugh3031.ord.eot2.ac