IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA T. LOLMAUGH,

       Plaintiff,                      Case No. 2:10-cv-3031 JAM DAD PS

   vs.

STATE OF CALIFORNIA, et al.,

       Defendants.               <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

       By order filed May 23, 2011, plaintiff's complaint was dismissed with leave to file an amended complaint that cures the defects noted in that order. (Doc. No. 3.) On June 23, 2011, plaintiff was granted a 60-day extension of time to file his amended complaint. (Doc. No. 5.) On September 6, 2011, plaintiff was granted a final extension of 30 days to file an amended complaint and was cautioned that failure to respond to the court's order in a timely manner will result in a recommendation that this action be dismissed. (Doc. No. 8.) The thirty-day period has expired, and plaintiff has not responded to the court's order in any manner.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

       These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within

1

1  fourteen (14) days after being served with these findings and recommendations, plaintiff may file
2  written objections with the court.  A document containing objections should be titled "Objections
3  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
4  objections within the specified time may, under certain circumstances, waive the right to appeal
5  the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: October 14, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\lolmaugh3031.fta